# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>KEVIN MARVELL JACKSON,<br><br>    *Defendant.* | Case No. CR-20-134-RAW |

### ORDER

On March 3, 2022, the Defendant was found guilty of all four counts in the Superseding Indictment – (1) Murder in Indican Country in Perpetration of Robbery in violation of 18 U.S.C. §§ 1111(a), 1151, and 1152; (2) Robbery in Indian Country in violation of 18 U.S.C. §§ 2111, 1151, and 1152; (3) Robbery in Indian Country in violation of 18 U.S.C. §§ 2111, 1151, and 1152; and (4) Use, Carry, Brandish, and Discharge a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A), and 924(j).  Judgment was entered on November 3, 2023, sentencing the Defendant to life imprisonment on each of Counts One and Four and 180 months imprisonment on each of Counts Two and Three, the terms of imprisonment to be served concurrently with one another.

On April 22, 2025, the Tenth Circuit issued a Decision remanding the case and directing the court to vacate one of the Defendant's convictions on Counts One, Two, or Three.  The Tenth Circuit otherwise affirmed.  On June 10, 2025, the Tenth Circuit issued the mandate.  On June 17, 2025, the Government filed its motion to dismiss Count Two.  No response has been filed.  It is the order of the court that the conviction on Count Two is hereby vacated and Count Two is

hereby dismissed. The court further orders that an amended Judgment be entered eliminating the conviction and sentence for Count Two.

    **IT IS SO ORDERED** this 15th day of July, 2025.

                                                                                   **THE HONORABLE RONALD A. WHITE**
                                                                                  **UNITED STATES DISTRICT JUDGE**
                                                                                  **EASTERN DISTRICT OF OKLAHOMA**